IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 73.77.155.105

**ISP:** Comcast Cable
**Physical Location:** Houston, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 04/22/2019 01:13:50 | B52FA90E4817B102F55EAB44ABF640CC2798601D | 18 Year Old Models First Time Threesome |
| 04/07/2019 05:06:22 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 04/07/2019 03:48:50 | BC595F75F5D2747F382B845C19F4D51CCCCB5A1F | All Tied Up |
| 04/06/2019 16:09:42 | 0D651A87988EBBD0E47288085510C9F8AB597567 | Stunning Sexy Shower |

**Total Statutory Claims Against Defendant: 4**

EXHIBIT A

STX287