United States District Court
Southern District of Texas
**ENTERED**
September 30, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-2048 |
| | § § | |
| JOHN DOE, | § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal, this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

SIGNED at Houston, Texas, this 30th day of September, 2019.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE